15236.    FOURTH NATIONAL BANK OF MACON *v.* SWIFT & CO.

BELL, J. The Supreme Court on certiorari (*Fourth National Bank v. Swift & Co.,* 160 *Ga.* 372, 127 S. E. 729) having reversed the judgment of this court by which the judgment of the trial court was affirmed (see 32 *Ga. App.* 589, 124 S. E. 181), the former judgment by this court is hereby vacated, and so much of the opinion rendered in connection therewith as is inconsistent with the opinion and decision of the Supreme Court is withdrawn; and the judgment of the trial court is accordingly reversed.

*Judgment reversed. Jenkins, P. J., and Stephens, J., concur.*

DECIDED MAY 19, 1925.

Money rule; from city court of Eastman—Judge O. J. Franklin. November 16, 1923.

*Walter DeFore, James C. Estes,* for plaintiff in error.

*Lawson & Ware,* contra.